JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HERNANDEZ,<br><br>           Petitioner,<br><br>  v.<br><br>R. MADDEN, Warden,<br><br>           Respondent. | Case No. CV 18-10457 DSF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 28, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE